# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|                              |     |                        |
| ---------------------------- | --- | ---------------------- |
| **UNITED STATES OF AMERICA** | )   |                        |
|                              | )   |                        |
|                              | )   |                        |
| **v.**                       | )   | **No. 3:12-cr-00223**  |
|                              | )   | **Judge Campbell**     |
| **JOHN MURPHY**              | )   |                        |

## FINAL ORDER OF FORFEITURE

WHEREAS, on October 22, 2013, this Court entered a Preliminary Order of Forfeiture as to John Murphy ordering Defendant Murphy to forfeit the following property:

(1)  any visual depiction described in violation of 18 U.S.C. § 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

(2)  any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(3)  any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property,

including but not limited to the following items:

a.  a Dell Laptop Computer, Serial Number 6LS13C1; and

b.  a Gateway Laptop Computer, Model MX8738, Serial Number T2376M1009338

all seized from 604 Burgundy Drive, Madison, Tennessee on February 4, 2010 (hereinafter collectively referred to as "Subject Property");

WHEREAS, the United States caused to be published notice of this forfeiture and of the intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition

the Court within thirty (30) days of the final publication of notice for a hearing to adjudicate the validity of their alleged legal interest in the property was advertised online at "www.forfeiture.gov," the official internet government forfeiture site, for 30 consecutive days beginning on December 19, 2014 and ending on January 17, 2014;

WHEREAS, on January 21, 2014, pursuant to 21 U.S.C. § 853(n), Constance Catalano was sent direct notice of this forfeiture and of the intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Preliminary Order, and further notifying her that she has thirty-five (35) days from the date of the direct notice to petition the court for a hearing to adjudicate the validity of her alleged interest in the property. Said notice was received on January 30, 2014;

WHEREAS, no timely petition has been filed; and

WHEREAS, the Court finds that the defendant had an interest in the Subject Property which is subject to forfeiture pursuant to 18 U.S.C. § 2253(a).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 2253(a).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that prior to the transfer of ownership, the United States shall ensure that it has "wiped clean" and erased all files from electronic media, including but not limited to, computers, phones, tablets, etc., of any information.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property is hereby condemned as to the defendant and as to any third party interest, and all right, title and interest to the Subject Property is hereby forfeited and vested in

the United States of America, and the Subject Property shall be disposed of according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED this ____ day of _____, 2014.


_____
TODD J. CAMPBELL
United States District Judge